1  Dimitry Z. Tsimberg (SBN 185277)
   *Attorney at Law*
2  5585 E. Pacific Coast Highway, Suite 352
   Long Beach, CA  90804
3  Telephone:  (562) 682-9778
   Facsimile:  (562) 494-9778
4
   Attorney for Plaintiffs MEDITERRANEANCOINS GmbH,
5  BARBARA FRANCESCA SEROFILLI and GIOVANNI GRIMALDI
6
   COOLEY GODWARD LLP
7  Michael G. Rhodes (SBN 116127)
   4401 Eastgate Mall
8  San Diego, CA 92121-1909
   Telephone: (858) 550-6000
9  Facsimile: (858) 550-6420

10 Attorneys for Defendant EBAY INC.

11

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 | MEDITERRANEANCOINS GmbH, a          ) CASE NO.  C 05-3533 JF
   | limited liability company; BARBARA  )
18 | FRANCESCA SEROFILLI, an individual; )
   | GIOVANNI GRIMALDI, an individual,   )
19 |                                     ) **STIPULATION RE: CONTINUING**
   |              Plaintiffs,            ) **HEARING DATE FOR DEFENDANT EBAY**
20 |                                     ) **INC.'S RULE 12 MOTION TO DISMISS**
   |       v.                            ) **AND MOTION TO STRIKE, AND**
21 |                                     ) **EXTENSION OF TIME TO SERVE NAMED**
   | EBAY INC., a corporation; EBAY ITALIA) **DEFENDANTS; AND [PROPOSED] ORDER**
22 | S.r.l., a limited liability company; EBAY ) **THEREON**
   | INTERNATIONAL AG, a corporation;    )
23 | MARCO CESARE PANCINI, an individual;)
   | ALDO VIGNOLI, an individual;        )
24 | CHRISTIAN PERELLA, an individual;   )
   | UGO CELESTINO, an individual; and   )
25 | DOES 8 through 100, inclusive,      )
                                         )
26              Defendants.              )
   _____ )
27

28 ///

                                              **STIPULATION RE: HEARING DATE AND SERVICE**
                                              **Case No. C-05-3533-JF**

1   WHEREAS, defendant EBAY INC.'s Motion to Dismiss and Motion to Strike are
2  currently scheduled for hearing on January 20, 2006.
3   WHEREAS, plaintiffs MEDITERRANEANCOINS GmbH, BARBARA FRANCESCA
4  SEROFILLI and GIOVANNI GRIMALDI need additional time to address discovery issues with
5  Judge Seeborg before the hearing on EBAY INC.'s Motion to Dismiss and Motion to Strike.
6   WHEREAS plaintiffs MEDITERRANEANCOINS GmbH, BARBARA FRANCESCA
7  SEROFILLI and GIOVANNI GRIMALDI may need additional time to serve defendants EBAY
8  ITALIA S.r.l., EBAY INTERNATIONAL AG, MARCO CESARE PANCINI, ALDO VIGNOLI,
9  CHRISTIAN PERELLA and UGO CELESTINO, pursuant to FRCP 4(m).
10  WHEREAS, the parties would like some additional time to meet and confer, and wish to
11 avoid protracted motion practice, particularly over the upcoming holiday season.

13  IT IS HEREBY STIPULATED AND AGREED as follows:

15  1.  The Motion to Dismiss and Motion to Strike filed by defendant EBAY INC., which
16      are currently set for hearing on January 20, 2006, shall be continued to February 17,
17      2006, at 9:00 a.m.  All related opposition and reply dates are set in accordance with
18      the new hearing date.
19  2.  Plaintiffs MEDITERRANEANCOINS GmbH, BARBARA FRANCESCA
20      SEROFILLI and GIOVANNI GRIMALDI shall have an extension of time to serve
21      defendants EBAY ITALIA S.r.l., EBAY INTERNATIONAL AG, MARCO
22      CESARE PANCINI, ALDO VIGNOLI, CHRISTIAN PERELLA and UGO
23      CELESTINO with Summons and Complaint in this matter to and including
24      February 28, 2006.
25  3.  The foregoing scheduling agreement is without limitation or prejudice to either
26      party, and is subject to modification or extension by the Court as may be necessary
27      and proper.
28 ///

**STIPULATION RE: HEARING DATE AND SERVICE**
Case No. C-05-3533-JF

1  IT IS SO STIPULATED, BETWEEN COUNSEL OF RECORD.

2

3  DATED: December 2, 2005

4
                                    BY:   /s/ (electronic signature authorized)
5                                              Dimitry Z. Tsimberg
                                    Attorney for Plaintiffs MEDITERRANEANCOINS
6                                   GmbH, BARBARA FRANCESCA SEROFILLI and
                                    GIOVANNI GRIMALDI
7

8

9  DATED: December 2, 2005                COOLEY GODWARD LLP

10

11                                  BY:   /s/ (electronic signature authorized)
                                              Michael G. Rhodes
12                                  Attorneys for Defendant EBAY INC.

13

14

15                                  **ORDER**

16      PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  DATED: 12/8/05

19

20
                                    /S/ELECTRONIC SIGNATURE AUTHORIZED
21                                          JEREMY FOGEL
                                    United States District Court Judge
22

23

24

25

26

27

28

**STIPULATION RE: HEARING DATE AND SERVICE**
**Case No. C-05-3533-JF**