1

2                                                          **E-Filed 1/19/06**

3

4

5

6

7

8                              NOT FOR CITATION

                   **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

12

13   MEDITERRANEANCOINS, GmbH, et al.,          Case Number C 05-3533 JF

                              Plaintiffs,        ORDER OVERRULING PLAINTIFFS'
14                                               OBJECTIONS TO MAGISTRATE
                                                 JUDGE SEEBORG'S ORDER
         v.                                      DENYING PLAINTIFFS' MOTION
15                                               FOR LEAVE TO TAKE DEPOSITION
     EBay INC., et al.,
16
                              Defendants.        [Docket No. 62]
17

18

19

20       On January 12, 2006, Plaintiffs MediterraneanCoins, GmbH, Barbara Francesca Serofilli,

21   and Giovanni Grimaldi filed objections to Magistrate Judge Seeborg's January 4, 2006 "Order

22   Denying Motion for Leave to Take Deposition."  In that order, Magistrate Judge Seeborg found

23   that Plaintiffs had not demonstrated that there was "good cause" to allow discovery prior to a

24   Federal Rule of Civil Procedure 26(f) conference and during the stay of discovery pursuant to

25   California Code of Civil Procedure § 425.16(g).  Plaintiffs argue that they have presented good

26   cause, including "(1) discovery of policies, including their implementation, training, procedures

27   and practices, (2) clarifying or authenticating eBay's own records for purposes of the motion to

28

1    strike based on the SLAPP statute, (3) sorting out the relationship between the various eBay

2    affiliates, (4) discovery of identity of witnesses and location of documents, or (5) to 'help the

3    parties resolve pending discovery issues and claims of confidentiality.'"

4         Where, as here, the magistrate judge's ruling addresses a non-dispositive matter, the

5    district judge will modify or set aside "any portion of the magistrate judge's order found to be

6    clearly erroneous or contrary to law."  Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).

7    This Court concludes that Magistrate Judge Seeborg's order is not clearly erroneous or contrary

8    to law.  Magistrate Judge Seeborg thoughtfully considered Plaintiffs' arguments, and found that

9    "plaintiffs have failed to point to any evidence necessary to prove their prima facie case."  He

10   also appropriately considered and rejected Plaintiffs requests for discovery relating to the User

11   Agreement and Privacy Policy.  Accordingly, Plaintiffs' objections are OVERRULED.

12        IT IS SO ORDERED.

13

14   DATED:  January 19, 2006

15

16                                          _____

17                                          JEREMY FOGEL
                                            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-3533 JF
ORDER OVERRULING PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE SEEBORG'S ORDER DENYING
PLAINTIFFS' MOTION FOR LEAVE TO TAKE DEPOSITION
(JFLC1)

1    This Order has been served upon the following persons:

2    Joseph Samuel Leventhal        leventhaljs@cooley.com, powellw@cooley.com

3    Heather Coe Meservy            hmeservy@cooley.com,

4    Michael Graham Rhodes          rhodesmg@cooley.com,

5    Dimitry Z. Tsimberg            dimitry@goforlaw.com, dimitry.tsimberg@verizon.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-3533 JF
ORDER OVERRULING PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE SEEBORG'S ORDER DENYING
PLAINTIFFS' MOTION FOR LEAVE TO TAKE DEPOSITION
(JFLC1)