**E-filed 5/1/06**

Dimitry Z. Tsimberg (SBN 185277)
*Attorney at Law*
5585 E. Pacific Coast Highway, Suite 352
Long Beach, CA  90804
Telephone:  (562) 682-9778
Facsimile:   (562) 494-9778

Attorney for Plaintiffs MEDITERRANEANCOINS GmbH,
BARBARA FRANCESCA SEROFILLI and GIOVANNI GRIMALDI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MEDITERRANEANCOINS GmbH, a limited liability company; BARBARA FRANCESCA SEROFILLI, an individual; GIOVANNI GRIMALDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a corporation; EBAY ITALIA S.r.l., a limited liability company; EBAY INTERNATIONAL AG, a corporation; MARCO CESARE PANCINI, an individual; ALDO VIGNOLI, an individual; CHRISTIAN PERELLA, an individual; UGO CELESTINO, an individual; and DOES 8 through 100, inclusive,<br><br>Defendants. | CASE NO.  C 05-3533 JF<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

TO THE COURT, ALL PARTIES HEREIN, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs MEDITERRANEANCOINS GmbH, BARBARA FRANCESCA SEROFILLI and GIOVANNI GRIMALDI hereby dismiss the above-entitled action and all claims and causes of action therein without prejudice.

///

**NOTICE OF DISMISSAL**
**Case No. C 05-3533 JF**

1 | DATED:   April 17, 2006

BY: ___/s/  (electronic signature authorized)___
Dimitry Z. Tsimberg
Attorney for Plaintiffs MEDITERRANEANCOINS GmbH, BARBARA FRANCESCA SEROFILLI and GIOVANNI GRIMALDI

4/27/06    IT IS SO ORDERED.

JUDGE JEREMY FOGEL

UNITED STATES DISTRICT COURT

**NOTICE OF DISMISSAL**
**Case No. C 05-3533 JF**

2